**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| LaFLAMME PAINTING, LLC, )<br>)<br>   Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES LIABILITY )<br>INSURANCE COMPANY and )<br>SUSSEX INSURANCE COMPANY, )<br>)<br>   Defendants. )<br>_____ ) | Civil Action No: 2:21-cv-03481-RMG<br><br>**NOTICE OF DISMISSAL**<br>**WITH PREJUDICE TO REMAINING**<br>**PARTY (SUSSEX INS. CO.)** |

Pursuant to Rule 41(a)(1) of the Fed. R. Civ. P., Plaintiff LaFlamme Painting, LLC, by and through undersigned counsel, hereby dismisses this action with prejudice against Defendant Sussex Insurance Company.

As the other party Defendant to this action, United States Liability Insurance Company, was the subject of previous Dismissal with Prejudice from this action by Joint Stipulation, Plaintiff has resolved all of its claims in this action and requests that this action be dismissed and closed.

Dated: May 12, 2022

    Respectfully submitted,

    *s/ William B. Jung* _____
    William B. Jung     (#7877)
    1156 Bowman Road, Suite 200
    Mount Pleasant, S.C. 29464
    T: (843) 576-4200
    bradjung@msn.com
    *Attorney for Plaintiff*